AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  Northern District of Ohio  on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>5:17-cv-01270-JRA | DATE FILED<br>6/16/2017 | U.S. DISTRICT COURT<br>Northern District of Ohio |
|---|---|---|
| PLAINTIFF<br>Apteryx, Inc. | | DEFENDANT<br>Durr Dental AG |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  6,711,564 | 3/23/2004 | Apteryx, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Marginal Entry Order dismissing the complaint with prejudice. Each party to bear their own costs and attorney's fees. Judge John R. Adams on 1/2/18. |

| CLERK<br>Sandy Opacich | (BY) DEPUTY CLERK<br>Carlene Kinsey | DATE<br>01/8/2018 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

It is so ordered.  The complaint is hereby dismissed with prejudice.
/s/ John R. Adams
U.S. District Judge
January 2, 2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| APTERYX, INC. | ) | Case No.: 5:17-cv-01270-JRA |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| DÜRR DENTAL AG | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff Apteryx, Inc., by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby voluntarily dismisses the Complaint in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

The dismissal is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and is effective immediately.

Respectfully submitted,

HAHN LOESER & PARKS LLP

By: /s/ R. Eric Gaum
R. Eric Gaum (OH Reg. No. 0066573)
regaum@hahnlaw.com
James C. Lanigan (OH Reg. No. 0095886)
jlanigan@hahnlaw.com
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Tele:  216-621-0150
Fax:  216-241-2824

Attorneys for Plaintiff Apteryx, Inc.

9847399.1